NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

GPX INTERNATIONAL TIRE CORPORATION AND
HEBEI STARBRIGHT TIRE CO., LTD.,
*Plaintiffs-Appellees,*

AND

TIANJIN UNITED TIRE & RUBBER
INTERNATIONAL CO., LTD.,
*Plaintiff-Appellee,*

v.

UNITED STATES,
*Defendant-Appellant,*

AND

TITAN TIRE CORPORATION AND UNITED STEEL,
PAPER AND FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED
INDUSTRIAL AND SERVICE WORKERS
INTERNATIONAL UNION, AFL-CIO-CLC,
*Defendants-Appellants,*

AND

BRIDGESTONE AMERICAS, INC. AND
BRIDGESTONE AMERICAS TIRE OPERATIONS,
LLC,
*Defendants-Appellants.*

2011-1107, -1108, -1109

Appeals from the United States Court of International Trade in consolidated case no. 08-CV-0285, Judge Jane A. Restani.

## ON MOTION

Before GAJARSA, *Circuit Judge*.

# O R D E R

The Committee to Support U.S. Trade Laws, Nucor Corporation, Maverick Tube Corporation, and Alabama Metal Industries Corporation move to file a brief amicus curiae in support of the defendants-appellants. Titan Tire Corporation and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO-CLC (collectively "Titan") move to file a separate response brief in response to the United States' brief on the issue of countervailing duty cut-off date. The United States opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to file a brief as amici curiae is granted.

(2) Titan's motion is granted to the limited extent that it may include the arguments in its reply brief. The separate response brief is rejected. A corrected reply brief, including the arguments Titan wishes to make concerning the cut-off date, may be filed within 14 days of the date of filing of this order.

FOR THE COURT

**MAY 1 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Alan H. Price, Esq.
     Wesley K. Caine, Esq.
     Kathleen W. Cannon, Esq.
     Joseph W. Dorn, Esq.
     Roger B. Schagrin, Esq.
     Daniel L. Porter, Esq.
     Francis J. Sailer, Esq.
     Michael D. Panzera, Esq.
     Jeffrey D. Gerrish, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 7 2011

JAN HORBALY
CLERK